IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHARON MARIE JACKSON-PEREZ,

    Petitioner,

v.                                       CASE NO. 4:14cv242-RH/CAS

J.V. FLOURNOY, WARDEN,

    Respondent.

_____/

## ORDER DISMISSING PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 41. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is dismissed for lack of jurisdiction." The clerk must close the file.

SO ORDERED on January 11, 2017.

                                                    s/Robert L. Hinkle
                                                  United States District Judge